IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION


FILED
NOV 28 2017
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17–02–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL AZIZIAN JOVAN, *aka* "Christopher Murphy" and "Xavier Diamond," | |
| Defendant. | |

Defendant Michael Azizian Jovan ("Jovan") moves for an order directing Wells Fargo Bank to release funds identified as belonging to Ms. Tricia Bonn, a victim of his offense. The Government does not oppose the motion.

Accordingly, IT IS ORDERED that Defendant Jovan's motion for an order directing release of those funds is GRANTED. Wells Fargo Bank shall release $5381.11 to Ms. Tricia Bonn.

IT IS FURTHER ORDERED that the clerk of this Court shall serve this order on Wells Fargo at Wells Fargo Corporate Office Headquarters, 420 Montgomery Street, San Francisco, California 94163.

Dated this 28th day of November, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court